# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>HARRIS CLAIBORNE FRAZIER | CHAPTER 7<br>CASE NO. 08-03051-EE |
| TRAVELERS CASUALTY AND SURETY<br>COMPANY OF AMERICA<br><br>VS.<br><br>HARRIS CLAIBORNE FRAZIER | PLAINTIFF<br><br>ADVERSARY NO. 09-00087-EE<br><br>DEFENDANT |

### AGREED ORDER ON TRAVELERS' MOTION TO COMPEL DISCOVERY RESPONSES FROM HARRIS CLAIBORNE FRAZIER
(Dkt.# 33)

CAME ON for hearing, Travelers Casualty and Surety Company of America's ("Travelers") Motion to Compel Discovery Responses from Harris Claiborne Frazier ("Frazier"), the Court hereby finds that this Order is well taken and should be granted.

IT IS THEREFORE ORDERED that Frazier shall fully and completely respond to Travelers' First Set of Interrogatories and Requests for Production of Documents on or before April 26th, 2010.

**SO ORDERED**

_/s/ Edward Ellington_
Edward Ellington
United States Bankruptcy Judge
Dated: April 8, 2010

**AGREED:**

| HARRIS CLAIBORNE FRAZIER | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA |
|---|---|
| BY: _/s/_<br>RONALD C. SMITH, ESQ. | BY: _/s/_<br>PAUL M. ELLIS, ESQ. |