**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE: | |
|     HARRIS CLAIBORNE FRAZIER, | CASE NO. 08-03051-EE |
|     DEBTOR. | CHAPTER 7 |
| | |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA | PLAINTIFF |
| VS. | ADVERSARY PROC. NO. 09-00087-EE |
| HARRIS CLAIBORNE FRAZIER | DEFENDANT |

PARTIES NOTICED:
  Paul Ellis, Esq.       John Crawford, Jr., Esq.      Ron McAlpin, UST
  Harris Claiborne Frazier   Derek Henderson, Trustee
  cc: Rob Curtis, Esq. (*Attorney for Debtor in Main Case*)

## NOTICE SCHEDULING PRETRIAL CONFERENCE

    The Court hereby orders and directs that a **PRETRIAL CONFERENCE** will be held in the above-styled adversary proceeding on **TUESDAY, JANUARY 4, 2011, at 10:00 A.M.,** at the United States Bankruptcy Court, Courtroom 106, 100 East Capitol Street, Jackson, Mississippi.

    Testimony will not be taken. Witnesses should not attend.

    THE ATTORNEY FOR EACH PARTY AND ANY UNREPRESENTED PARTY SHALL READ BANKRUPTCY RULE 7016 AND RULE 16 FEDERAL RULES OF CIVIL PROCEDURE IN PREPARATION FOR THE CONFERENCE.

    THE ATTORNEYS AND ANY UNREPRESENTED PARTIES ARE REQUIRED TO DISCUSS SETTLEMENT POSSIBILITIES AT LEAST SEVEN (7) DAYS PRIOR TO THE CONFERENCE.

    Pursuant to Local Rule 9013-1(e), within fourteen (14) days after the conference, the attorneys and any unrepresented parties shall submit an order reciting the action taken.

    Should an attorney for a party or an unrepresented party fail to appear or to comply with the directions set out herein, or in aforesaid Rule 16, a Judgment or other appropriate order may be entered and sanctions imposed.

    DATED: November 15, 2010.

                                     **EDWARD ELLINGTON
                                     UNITED STATES BANKRUPTCY JUDGE**

To Advise of Settlement Please Call:
601-965-4052 or 601-965-5303